**AFFIDAVIT OF BRUCE A. SWEET**

I, Bruce A. Sweet, United States Postal Inspector, being duly sworn, state the following:

1.      I have been employed as a Postal Inspector by the United States Postal Inspection Service ("USPIS") since January 2006. I was assigned to the Prohibited Mail Narcotics Team in Philadelphia, Pennsylvania for approximately two years, and I have been assigned to the Prohibited Mail Narcotics/Miscellaneous Crimes Team in Manchester, New Hampshire since December 2012. On these teams, I have been responsible for conducting investigations involving the transportation of controlled substances or proceeds/payments for controlled substances through the United States Postal Service ("USPS"). I have intercepted hundreds of USPS Priority Mail Express or Priority Mail parcels which were found to have contained controlled substances or the proceeds from the sales of controlled substances through the United States Mail.

2.      I have received extensive training in criminal investigations procedures and criminal law, and I have assisted senior postal inspectors and other law enforcement agents in numerous criminal investigations and in the execution of search warrants. I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States mail. I have also received asset forfeiture training and have consulted with senior postal inspectors and asset forfeiture specialists.

3.      This affidavit is made in support of an application for a search warrant for a USPS Priority Mail Package bearing tracking number 9405536897846643116298, hereafter the "SUBJECT PACKAGE." The SUBJECT PACKAGE is a tan padded envelope measuring approximately 9.5 inches long, 8 inches wide, and approximately 1.5 inches thick. The

SUBJECT PACKAGE weighs approximately 5.616 ounces. The SUBJECT PACKAGE bears a typed "Easypost" printed mailing label and is addressed to "ALAN GROGG 6 BAKER ST APT A HUDSON NH 03051-3652." The SUBJECT PACKAGE bears a return address of "JOHNNY GONZALES 24021 SYLVAN ST WOODLAND HILLS CA 91367-1248." A full description of the SUBJECT PACKAGE is attached hereto as Attachment A to this affidavit, which is incorporated herein by reference. The SUBJECT PACKAGE is currently in the possession of the USPIS, located at 955 Goffs Falls Rd. Manchester, NH 03103.

4. For the reasons set forth in this affidavit, I submit that probable cause exists to believe that the SUBJECT PACKAGE contains evidence of the following offenses: (a) distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); (b) use of a communications facility in the commission of narcotics trafficking offenses, in violation of Title 21, United States Code, Section 843(b); and (c) conspiracy to possess with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 846.

5. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have not set forth all of my knowledge about this matter.

## I. GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS

6.     Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that USPS Priority Mail Express and Priority Mail are frequently used by drug traffickers for shipping drugs and drug proceeds.  Use of Priority Mail Express and Priority Mail are favored because of the speed, reliability, free telephone and Internet package tracking service, as well as the perceived minimal chance of detection.  Priority Mail Express was originally intended for urgent, business-to-business, correspondence.  However, based on USPIS intelligence and my personal experience with numerous prior packages that were found to contain contraband, packages containing contraband are usually sent from one individual to another individual.

7.     In an effort to combat the flow of controlled substances through the United States mails, interdiction programs have been established in cities throughout the United States by the USPIS.  These cities have been identified as known sources of controlled substances.  The USPIS conducted an analysis of prior packages which were found to contain drugs and drug proceeds.  The analysis of prior packages that were found to contain drugs or drug proceeds indicated that these packages are usually sent from an individual to an individual. This analysis has established a series of package characteristics which, when a package is found with a combination of the characteristics described below, have shown high probability that the package will contain a controlled substance or the proceeds of controlled substance sales.  These characteristics include the following: (1) the package was mailed from, or addressed to, a narcotics source city or state and (2) the package has a fictitious return/sender address or name.

8.     Based on my training and experience and USPIS intelligence, the characteristics in paragraphs six and seven are indicative of packages sent either by Priority Mail Express or

3

Priority Mail that have been found to contain illegal controlled substances or the proceeds from the sales of controlled substances.

## II. INVESTIGATION TO DATE

9. On Wednesday, January 9, 2019, Postal Inspectors in New Hampshire identified a suspicious Priority Mail package (SUBJECT PACKAGE) coming to New Hampshire. On Thursday, January 10, 2019, Postal Inspectors were able to physically locate and take custody of the package.

10. The address as written on the SUBJECT PACKAGE, 6 Baker St. Apt A, Hudson, NH 03051-3652 is a valid address. The name listed on the SUBJECT PACKAGE, Alan Grogg, does appear to be a resident of the address. I recognized this name and address because the Nashua, New Hampshire Police Department informed me that they had used a confidential informant to conduct a controlled purchase of suspected methamphetamine from Grogg and followed Grogg back to 6 Baker Street after the purchase.

11. Postal Inspectors also verified the return address on the SUBJECT PACKAGE, 24021 Sylvan St., Woodland Hills, CA 91367-1248, and it was determined the address is a valid address. Postal Inspectors further inquired with US Postal Service employees in Woodland Hills, CA and it was determined the name on the SUBJECT PACKAGE, Johnny Gonzales, does not receive mail at that address.

12. The SUBJECT PACKAGE was mailed from West Hills, CA (91307) on January 8, 2019. The postage of $6.70 was paid for the SUBJECT PACKAGE. I know based on

4

my training and experience that California is a source area for controlled substances – more particularly, for methamphetamines.

13. Based upon the USPIS analysis described above and my own training and experience, I know that when a package such as the SUBJECT PACKAGE (i) is lacking material information and/or bears apparently fictitious information pertaining to the sender's or recipient's name(s) and/or address(es) and (ii) was sent from a known source area for illegal controlled substances there is a very high probability that the package contains controlled substances or the proceeds from the sale of controlled substances.

### III. CANINE POSITIVE RESPONSE TO PACKAGE

14. On January 14, 2019, I contacted Trooper Stefan Czyzowski of the New Hampshire State Police and requested that he and his narcotic-trained K-9 "Grom" review the SUBJECT PACKAGE for the scent of controlled substances. I arranged to meet Trooper Czyzowski at the U.S. Postal Inspection Service's office at the Manchester, NH Processing and Distribution Center (P&DC). Trooper Czyzowski arrived at the P&DC with Grom in order to review the SUBJECT PACKAGE. Trooper Czyzowski advised me that Grom is a Yellow Lab. Trooper Czyzowski informed me that he uses Grom in the detection of controlled substances in different situations, including within sealed packages shipped through the United States mail and other courier services. Trooper Czyzowski further informed me that he and Grom successfully completed the New England State Police Administrator's Conference canine certification process and that their certification is current. The certification process involves a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of narcotics. This certification is administered in different environments with a variety of distractions and is designed to duplicate actual field conditions that may be encountered by the

canine team. Trooper Czyzowski advised me Grom was certified in the detection of odors of cocaine and its derivatives, heroin and its derivatives, and methamphetamines and its derivatives.

15. The SUBJECT PACKAGE was placed inside the U.S. Postal Inspection Service's office at the Manchester P&DC in an area known not to have been previously contaminated by a narcotic odor. Trooper Czyzowski had Grom search the area on a leash. Trooper Czyzowski advised that upon arriving at the SUBJECT PACKAGE, Grom alerted in a positive manner, indicating the presence of narcotic odors. No further indications were observed in the search area. Based on my training and experience, I know that a positive alert means that the SUBJECT PACKAGE may contain narcotics or that the SUBJECT PACKAGE recently had been in close proximity to narcotics.

16. Based on my training and experience, I know that in addition to narcotics, packages such as the SUBJECT PACKAGE often contain other indicia of narcotics trafficking such as bulk currency, money orders, records or "ledgers" relating to the controlled substances and/or records or other documents relating to the identity of the individual(s) who shipped the package(s) or the intended recipient(s) of such packages.

### IV.     CONCLUSION

17. Based on these facts described above, I believe that there is probable cause to believe that the SUBJECT PACKAGE described above contains controlled substances, cash, money orders, or other documents relevant to drug trafficking in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of controlled substances), 843(b) (use of a communication facility in the commission of a controlled substances trafficking offense), and 846 (conspiracy to possess with intent to distribute and distribution of controlled substances). Accordingly, I respectfully request that this Court issue a

search warrant authorizing the search of the SUBJECT PACKAGE for the items described in

Attachment B.

/s/ Bruce A. Sweet
BRUCE A. SWEET
United States Postal Inspector

Subscribed and Sworn to before me
On this 15th day of January, 2019.

*Andrea K. Johnstone*
HON. ANDREA K. JOHNSTONE
United States Magistrate Judge

## **ATTACHMENT A**

(Description of Property to be Searched)

SUBJECT PACKAGE:  A USPS Priority Mail Package bearing tracking number 9405536897846643116298. The SUBJECT PACKAGE is a tan padded envelope measuring approximately 9.5 inches long, 8 inches wide, and approximately 1.5 inches thick. The SUBJECT PACKAGE weighs approximately 5.616 ounces. The SUBJECT PACKAGE bears a typed "Easypost" printed mailing label and is addressed to "ALAN GROGG 6 BAKER ST APT A HUDSON NH 03051-3652."  The SUBJECT PACKAGE bears a return address of "JOHNNY GONZALES 24021 SYLVAN ST WOODLAND HILLS CA 91367-1248." The SUBJECT PACKAGE is currently in the possession of the USPIS, located at 955 Goffs Falls Rd. Manchester, NH 03103.

## ATTACHMENT B

Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, including controlled substances, money, records relating to controlled substances and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.